# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTHONY HAYES  
ADC #147539                                                                               PLAINTIFF

v.                       No. 4:18-cv-291-DPM-JJV

MITCHELL JOHNSON, JR., Captain,
Hawkins Unit for Women; MICHAEL
M. LOWE, Major, Wrightsville Unit;
TERRIE L. BANISTER, Disciplinary
Hearing Judge, ADC; ITENA JACKSON,
SATP Counselor, Wrightsville Unit;
CLAUDIA HARRIS, Deputy Warden,
Wrightsville Unit; RANDY WATSON,
Warden, Wrightsville Unit; and DEXTER
PAYNE, Deputy Director, ADC                    DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 31, and overrules Hayes's partial objections, № 33–34. FED. R. CIV. P. 72(b)(3). Motion for partial summary judgment, № 23, granted in part and denied in part. Hayes's claims against Payne—and his retaliation claims against Johnson, Lowe, Banister, and Watson—are dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2018