IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY HAYES                                                           PLAINTIFF
ADC #147539

v.                         No. 4:18-cv-291-DPM

MITCHELL JOHNSON, JR., Captain,
Hawkins Unit for Women; MICHAEL
M. LOWE, Major, Wrightsville Unit;
TERRIE L. BANISTER, Disciplinary
Hearing Judge, ADC; ITENA JACKSON,
SATP Counselor, Wrightsville Unit;
CLAUDIA HARRIS, Deputy Warden,
Wrightsville Unit; and RANDY
WATSON, Warden, Wrightsville Unit                                       DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation and supplemental recommendation, № 51 & № 64, and overrules Hayes's objections, № 68 & № 69. Hayes's due process claims fail. The motions for summary judgment, № 46 & № 61, are therefore granted. Hayes's remaining claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2019