IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY HAYES
ADC #147539                                                                PLAINTIFF

v.                        No. 4:18-cv-291-DPM

MITCHELL JOHNSON, JR., Captain,
Hawkins Unit for Women; MICHAEL
M. LOWE, Major, Wrightsville Unit;
TERRIE L. BANISTER, Disciplinary
Hearing Judge, ADC; ITENA JACKSON,
SATP Counselor, Wrightsville Unit;
CLAUDIA HARRIS, Deputy Warden,
Wrightsville Unit; RANDY WATSON,
Warden, Wrightsville Unit; and DEXTER
PAYNE, Deputy Director, ADC                                               DEFENDANTS

## JUDGMENT

1. Hayes's claims against Payne are dismissed without prejudice.

2. Hayes's retaliation claims against Johnson, Lowe, Banister, and Watson are dismissed without prejudice.

3. All other claims are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 July 2019